NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JTEKT NORTH AMERICA CORPORATION**
**(formerly known as Koyo Corporation of U.S.A.),**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
**UNITED STATES CUSTOMS AND BORDER PROTECTION,** AND
**David V. Aguilar, ACTING COMMISSIONER,**
**UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION** AND
**Deanna Tanner Okun, CHAIRMAN,**
**U.S. INTERNATIONAL TRADE COMMISSION,**
*Defendants-Appellees,*

AND

**THE TIMKEN COMPANY** AND **MPB CORPORATION,**
*Defendants-Appellees.*

---

2013-1399

---

Appeal from the United States Court of International Trade in No. 12-CV-0147, Judge Leo M. Gordon.

---

**ON MOTION**

---

**O R D E R**

JTEKT North America Corporation ("JTEKT") moves without opposition to stay the briefing schedule pending the issuance of the mandate in *Pat Huval Restaurant & Oyster Bar, Inc. v. United States*, Nos. 2012-1250, -1347 ("*Pat Huval*").

JTEKT asserts that the legal issues raised in this appeal are essentially identical to the legal issues raised in *Pat Huval,* specifically, both appeals relate to the constitutionality of the "petition support" eligibility condition in the Continued Dumping and Subsidy Offset Act, 19 U.S.C. § 1675 (2000).

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is granted. JTEKT is directed to inform this court within 14 days of the issuance of this court's mandate in *Pat Huval,* how it believes this appeal should proceed. The other parties may also respond within that time.

(2) A copy of this order will be forwarded to the merits panel in *Pat Huval*.

                        FOR THE COURT

                        /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk

s25